```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 13249
    MAURICE FITZGERALD
    LISA L FITZGERALD                          CHAPTER 13

                                               JUDGE: JACQUELINE P COX

             Debtor
    SSN XXX-XX-3168      SSN XXX-XX-7947


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 04/07/2005 and was confirmed 07/25/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  12.00%.

      The case was dismissed after confirmation 09/10/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID            PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS ^ CURRENT MORTG            .00              .00             .00
COUNTRYWIDE HOME LOANS ^ MORTGAGE ARRE        5209.73              .00         5209.73
BANK ONE ACCEPTANCE CO   SECURED             14450.00          1611.02         9631.78
BANK ONE ACCEPTANCE CO   UNSECURED            5997.72              .00             .00
DAIMLER CHRYSLER FINANCI SECURED              9980.02          1804.69         9980.02
DAIMLER CHRYSLER FINANCI UNSECURED         NOT FILED               .00             .00
ILLINOIS DEPT OF REVENUE PRIORITY             1316.88              .00             .00
INTERNAL REVENUE SERVICE PRIORITY            18190.94              .00             .00
AFNI                     UNSECURED         NOT FILED               .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED            1199.16              .00             .00
CREDIT PROTECTION        UNSECURED         NOT FILED               .00             .00
EPIFIANI CUSTOM SOUND SY UNSECURED         NOT FILED               .00             .00
HOUSEHOLD FINANCE        UNSECURED         NOT FILED               .00             .00
JBC & ASSOCIATES         UNSECURED         NOT FILED               .00             .00
JBC & ASSOCIATES         UNSECURED         NOT FILED               .00             .00
MIDLAND CREDIT MANAGEMEN UNSECURED         NOT FILED               .00             .00
MIDLAND CREDIT MANAGEMEN UNSECURED         NOT FILED               .00             .00
NORTHWESTERN MEMORIAL HO UNSECURED         NOT FILED               .00             .00
RESURGENT ACQUISITION LL UNSECURED            1131.05              .00             .00
ROGERS & HOLLAND         SECURED NOT I       935.35               .00             .00
TATE & KIRLIN            UNSECURED         NOT FILED               .00             .00
TRS SERVICES             UNSECURED         NOT FILED               .00             .00
TRUGREEN CHEMLAWN        UNSECURED         NOT FILED               .00             .00
NATIONAL CAPITAL MANAGEM UNSECURED             790.01              .00             .00
ILLINOIS DEPT OF REVENUE UNSECURED              79.05              .00             .00
INTERNAL REVENUE SERVICE UNSECURED            3635.63              .00             .00
RANDALL A WOLFF          DEBTOR ATTY          800.00                              800.00
TOM VAUGHN               TRUSTEE                                                1,512.92
DEBTOR REFUND            REFUND                                                     .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 13249 MAURICE FITZGERALD & LISA L FITZGERALD
```

```
                        RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 30,550.16

PRIORITY                                               .00
SECURED                                          24,821.53
   INTEREST                                       3,415.71
UNSECURED                                              .00
ADMINISTRATIVE                                       800.00
TRUSTEE COMPENSATION                              1,512.92
DEBTOR REFUND                                          .00
                        ---------------        ---------------
TOTALS                  30,550.16                30,550.16
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 12/27/07                /s/ Tom Vaughn
                                  _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE